TONY WEST
Assistant Attorney General
MELINDA L. HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6635
E-mail: scott.blaze@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, a corporation; STARR INDEMNITY & LIABILITY COMPANY, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GUAM INDUSTRIAL SERVICES, INC., dba GUAM SHIPYARD; MATHEWS POTHEN; THE UNITED STATES OF AMERICA, by and through the Secretary of Transportation for the Maritime Administration,<br><br>Defendants. | Case No.: CV 11-1874 MEJ<br><br>In Admiralty<br><br>STIPULATION EXTENDING TIME TO RESPOND PURSUANT TO L.R. 6-1(a) |

Plaintiffs Zurich American Insurance Company and Starr Indemnity & Liability Company stipulate pursuant to Local Rule 6-1(a) that defendant United States of America may have an extension of time within which to respond to the Complaint through and including July 15, 2011. This extension will not affect any date or deadline already set by Court Order. This extension is without prejudice to, and is not intended to be a waiver of,

1  any jurisdictional or venue objections that the United States may have.

2  Dated: June 16, 2011         Bullivant Houser Bailey PC

4                               s/Andrew B. Downs
                                _____
5                               MARILYN RAIA
                                ANDREW B. DOWNS

6                               Attorneys for Plaintiffs
7                               Zurich American Insurance Company, and
                                Starr Indemnity & Liability Company

9  Dated: June 16, 2011         TONY WEST
                                Assistant Attorney General
10                              MELINDA L. HAAG
                                United States Attorney
11                              R. MICHAEL UNDERHILL
                                Attorney in Charge, West Coast Office
12                              Torts Branch, Civil Division

13                              s/R. Scott Blaze
                                _____
14                              R. SCOTT BLAZE
                                Senior Admiralty Counsel
15                              Torts Branch, Civil Division
                                U.S. Department of Justice

16                              Attorneys for Defendant
17                              United States of America

18      IT IS SO ORDERED this  17th  day of  June  , 2011, in San Francisco,

19 California.

22                              _____
                                UNITED STATES DISTRICT JUDGE

STIPULATION EXTENDING TIME
TO RESPOND PURSUANT TO L.R. 6-1(a)         2                Case No. CV 11-1874 MEJ

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the forgoing STIPULATION EXTENDING TIME TO RESPOND PURSUANT TO L.R. 6-1(a) was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Andrew B. Downs | andy.downs@bullivant.com | June 17, 2011 |
| Marilyn Raia | marilyn.raia@bullivant.com | June 17, 2011 |
| Eric Danoff | edanoff@edptlaw.com | June 17, 2011 |

                                    s/R. Scott Blaze
                                    R. SCOTT BLAZE